UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 21-21697-CIV-MORENO

Sovan Hong,

       Plaintiff,

vs.

Richemont North America, Inc., individually
d/b/a Cartier,

       Defendant.

                                     /

### FINAL ORDER OF DISMISSAL AND ORDER
### DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Stipulation of Dismissal with Prejudice

**(D.E. 12)**, filed on **November 15, 2021**.

THE COURT has considered the notice and the pertinent portions of the record, and is

otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own

fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to

enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave

to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___16___ of November 2021.

                                          FEDERICO A. MORENO
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record